# Third District Court of Appeal

## State of Florida

Opinion filed January 27, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0425
Lower Tribunal Nos. 08-5891 & 08-20476

_____

**Errol Latson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Errol Latson, in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before MILLER, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.